# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Sara Crecca, Guardian ad Litem for
Minor Child J.J.

       Plaintiff,

v.                                                                                              No. 17 cv-836 JCH/CG

SOCORRO CONSOLIDATED SCHOOL
DISTRICT, et al.,

       Defendants.

## ORDER APPROVING SETTLEMENT AGREEMENT

**THIS MATTER** is before the Court on the parties' *Joint Motion for Approval of Minor's Settlement*, (Doc. 38), filed July 25, 2018, the *Amended Confidential Report of Guardian Ad Litem for J.J.* (the "Report"), (Doc. 37), filed July 24, 2018, and the Fairness Hearing conducted on September 14, 2018. The Court, having reviewed the Report, heard testimony, and determined that Plaintiff fully understands the terms of the settlement, finds that the Settlement Agreement is fair, reasonable, and in the minor's best interests.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion for Approval of Minor's Settlement*, (Doc. 38), is **GRANTED**, and the Settlement Agreement is **APPROVED.** The Court will set a deadline for closing documents in a separate order.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE