**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

Sara Crecca, Guardian ad Litem for
Minor Child J.J.

       Plaintiff,

v.                                                             No. 17 cv-836 JCH/CG

SOCORRO CONSOLIDATED SCHOOL
DISTRICT, et al.,

       Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

At the Fairness Hearing held on Friday, September 14, 2018, the Court approved the parties' settlement.

**IT IS THEREFORE ORDERED** that closing documents be filed **no later than Wednesday, October 17, 2018**, absent a request showing good cause for an extension.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE